IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RUSTY E. JOYNER                                                                    PLAINTIFF

v.                              CIVIL NO. 4:16-cv-04108

TINA MAXWELL, Treatment Supervisor,
Southwest Arkansas Community
Correction Center (SWACCC); STEVE
ARNOLD, Center Supervisor, SWACCC;
GREG WICKS, Treatment Coordinator,
SWACCC: LIEUTENANT JOHN SNEED,
SWACCC; and ARKANSAS COMMUNITY
CORRECTION                                                                         DEFENDANTS

## **ORDER**

Plaintiff Rusty E. Joyner proceeds in this 42 U.S.C. § 1983 matter *pro se* and *in forma pauperis*. Before the Court are Plaintiff's Motion to Compel (ECF No. 8) and Motion for Issuance of Subpoena. (ECF No. 9)

Plaintiff filed his initial Complaint on November 9, 2016. ECF No. 1. On November 10, 2016, I entered an Order directing Plaintiff to file an Addendum to his Complaint to clarify what he alleges each individual Defendant did or failed to do resulting in a violation of Plaintiff's civil rights. ECF No. 6. Plaintiff filed an Addendum to his Complaint on November 21, 2016. ECF No. 7. Plaintiff filed his Motion to Compel and Motion for Issuance of Subpoena on November 23, 2016.

Prior to serving any named defendants and conducting any discovery in this matter, the Prison Litigation Reform Act requires the Court to determine whether the causes of action stated in Plaintiff's complaint (1) are frivolous or malicious, (2) fail to state claims upon which relief

1

may be granted, or (3) seek monetary relief against a defendant who is immune from such relief. *See* 28 U.S.C. §§ 1915(e)(2)(B) & 1915(A). The Court is in the process of reviewing and screening Plaintiff's Complaint and Addendum. Therefore, Plaintiff's motions are premature. Accordingly, Plaintiff's Motion to Compel (ECF No. 8) and Motion for Issuance of Subpoena (ECF No. 9) are **DENIED** at this time**.**

    **IT IS SO ORDERED this 29th day of November, 2016.**

                                       /s/ Barry A. Bryant
                                       HON. BARRY A. BRYANT
                                       UNITED STATES MAGISTRATE JUDGE