IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RUSTY E. JOYNER                                                                                          PLAINTIFF

v.                                             Case No. 4:16-cv-4108

TINA MAXWELL, Treatment Supervisor,
Southwest Arkansas Community
Correction Center (SWACCC); STEVE
ARNOLD, Center Supervisor, SWACCC;
GREG WICKS, Treatment Coordinator,
SWACCC; and LIEUTENANT JOHN SNEED,
SWACCC                                                                                                   DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed February 16, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 29). Judge Bryant recommends that Defendants' Motion to Dismiss (ECF No. 17) be granted and Plaintiff Rusty E. Joyner's case be dismissed with prejudice because Plaintiff fails to state a claim upon which relief can be granted.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Defendants' Motion to Dismiss (ECF No. 17) is hereby **GRANTED**. Plaintiff's case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 13th day of March, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge